THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT TISSIER, Appellant.

(Argued June 6, 1930; decided July 8, 1930.)

*Edward T. Tighe* and *LeRoy Campbell* for appellant.

*Thomas C. T. Crain,* District Attorney (*John C. McDermott* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.